UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JILL JENNINGS, individually

       Plaintiff,

v.                                            Case No:   2:14-cv-394-FtM-38DNF

ADVANCED FORMS AND
PRINTING, INC.,

       Defendant.
_____/

## ORDER[1]

This matter comes before the Court upon consideration of United States Magistrate Judge Douglas N. Frazier's Report and Recommendation (Doc. #28) filed on March 26, 2015.  Magistrate Judge Frazier recommends granting the parties' Joint Motion to Review and Approve FLSA Settlement Agreement and Dismiss Action with Prejudice (Doc. #23) filed on March 5, 2015, and dismissing the case with prejudice.  As the Motion is agreed upon by all Parties no objections have been filed.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation.  See 28 U.S.C. § 636(b)(1); see also Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations, 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

In his Report and Recommendation Judge Frazier recommends that the Court administratively close the file for forty-five (45) days and dismiss the case subject to the right of the Parties to move the Court to reopen the case for good cause shown. The Settlement Agreement and General Release provides that the settlement amount will be disbursed in two payments, the first payment due within twenty (20) days after the Court's approval of the settlement agreement and the second payment due within forty days of the approval of the Settlement Agreement. The Settlement Agreement then states that the joint notice of dismissal will be filed after the second payment is received. The Court accepts and adopts this part of the Report and Recommendation as a procedural matter. Therefore, the case will be administratively closed for forty-five (45) days and thereafter dismissed with prejudice.

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of Magistrate Judge Frazier.

Accordingly, it is now **ORDERED:**

1. The Report and Recommendation (Doc. #28) is hereby adopted and the findings incorporated herein.

2. The parties' Joint Motion to Review and Approve FLSA Settlement Agreement and Dismiss Action With Prejudice (Doc. #23) is **GRANTED**, and the parties' Settlement Agreement and Limited FLSA Release (Doc. # ) is approved as fair and reasonable.

3. The Clerk shall administratively close the case for forty-five (45) days, terminate all deadlines and motions, **CLOSE** the file, and thereafter enter judgment accordingly, dismissing the case with prejudice.

**DONE** and **ORDERED** in Fort Myers, Florida this 3rd day of April, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record